UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1689 (MJD/JGL)

THOMAS A. FERRIS,

Plaintiff,

v.

**PRETRIAL ORDER**

BODYCOTE LINDEBERG CORPORATION,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2002;

3. Plaintiff shall disclose all expert witnesses by May 1, 2002, and reports by June 1, 2002; Defendant shall disclose all expert witnesses by June 1, 2002, and reports by July 1, 2002;

4. The period during which the parties may seek discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to December 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: January 11, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK