AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Thomas A. Ferris

V.

Bodycote Lindberg Corporation,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1689 MJD/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' motion for summary judgment is granted. Plaintiff's prosmissory estoppel claim is dismissed with prejudice. Plaintiff's claim of fraudulent inducement of employment in violation of Minn. Stat. 181.64 is dismissed with prejudice.

June 30, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk